CHRISTOPHER J. ERICKSON, *pro hac vice forthcoming*
cerickson@ftc.gov; (202) 677-8302
ABBEY THORNHILL WALLACE, *pro hac vice pending*
awallace@ftc.gov; (202) 256-1507
KIMBERLY L. NELSON, *pro hac vice pending*
knelson@ftc.gov; (202) 326-3304
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Local Counsel
JOHN D. JACOBS
Cal. Bar No. 134154; jjacobs@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4360; Fax: (310) 824-4380

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMARE GLOBAL HOLDINGS, INC. a corporation, d/b/a Amare and Amare Global; f/k/a M3 Ventures, Inc., a corporation.<br><br>SHAWN TALBOTT, individually,<br><br>DAVID CHUNG, individually, and<br><br>PATRICK HINTZE, individually.<br><br>Defendants. | Case No. 2:26-cv-05900<br><br>COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF |

Plaintiff, the Federal Trade Commission ("FTC" or "Commission") for its Complaint alleges:

1. The FTC brings this action for Defendants' violations of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a), 52. For these violations, the FTC seeks relief, including a permanent injunction and other relief, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).

## SUMMARY OF THE CASE

2. Defendants operate a nationwide multi-level marketing program ("MLM") under the name "Amare." A self-described "Mental Wellness Company," Amare produces, markets, and sells dietary supplements that purportedly treat diseases and medical conditions such as depression, anxiety, and ADHD in children and adults. Defendants also represent that consumers who become "brand partners"—participants in their MLM and agents of the company—will or are likely to make a profit through their work as an MLM marketer and recruiter.

3. Amare represents that its products will provide various health benefits, including treatment of certain diseases and conditions, both in children and adults. Amare, both directly and through its brand partners, promote the products on social media such as Instagram, TikTok, Facebook, or YouTube, claim three of Amare's most popular products—the Happy Juice Pack (a combination of supplements), Kids Mood+, and Kids Happy Juice—work across the "gut-brain axis" to increase or normalize neurotransmitters like serotonin, dopamine, and Gamma-aminobutyric acid ("GABA"), while decreasing or regulating hormones like cortisol. They also claim these functions cause the products to improve the symptoms of a range of mental conditions including depression, anxiety, and ADHD. All of these claims are false, misleading, or not substantiated.

4. Defendants have long used a variety of deceptive earnings claims to entice consumers to become brand partners, including through brand partners in

"Founding Brand Partner" Defendant Hintze's downline.  Amare's brand partners claim they operate "seven-figure" businesses.  They post on social media that anyone can join Amare by following simple steps to make, at a minimum, $500 a month, to supplement or replace their current income, even if they do not have a large social media following or prior MLM experience.  However, from January 2021 through December 2024, only ██████ of brand partners made $500 per month or more; an income disclosure statement available on Amare's website at least through April 2026 indicates a typical brand partner brings in just $25 per month before expenses.

5.     Amare's misconduct is particularly egregious given that since its formation in 2017, Amare's leadership has included two key players who are already subject to prior court-ordered permanent injunctions prohibiting them from making false, misleading, or unsubstantiated claims ("FTC Orders").  The first, Shawn Talbott, a defendant in *FTC v. Window Rock Enterprises, Inc.*, No. 2:04-cv-08190-DSF-JTL (C.D. Cal. filed Sept. 30, 2004), was Amare's Chief Science Officer from the company's inception until he resigned in October 2024.  He has been subject to an FTC Order since 2005.  The second, Patrick Hintze, a defendant in *FTC v. Green Foot Global, L.L.C.*, No. 2:13-cv-02064-JCM-GWF (D. Nev. filed Nov. 8, 2013), is the company's Founding Brand Partner and heads Amare's multi-level sales structure.  He has been subject to an FTC Order since 2013.  Amare placed each in control positions despite knowing that Talbott and Hintze were each subject to FTC Orders.  In these roles, Talbott and Hintze continued making and disseminating unsubstantiated claims, both directly and through thousands of brand partners.

6.     On the *Window Rock* docket, shortly after filing this Complaint, the FTC intends to file a motion to hold Talbott, Amare, Hintze, and Amare's founding CEO Hiep Tran in contempt for violating Talbott's final order by making

false, misleading, or unsubstantiated health claims.  The FTC seeks additional relief against Defendants through the filing of this Complaint.

## JURISDICTION AND VENUE

7.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345.

8.    Venue is proper in this District under 28 U.S.C. §§1391 (b)(2), (b)(3), (c)(2) and (d), and 15 U.S.C. § 53(b).

## PLAINTIFF

9.    The FTC is an agency of the United States Government created by the FTC Act.  15 U.S.C. §§ 41-58.  The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce.  The FTC also enforces Section 12 of the FTC Act, 15 U.S.C. § 52, which prohibits false advertisements for food, drugs, devices, services, or cosmetics in or affecting commerce.

## DEFENDANTS

10.    Defendant Amare Global Holdings, Inc. ("Amare"), also doing business as Amare and Amare Global, is a Utah corporation with its principal place of business at 3401 N. Thanksgiving Way in Lehi, Utah.  Amare transacts or has transacted business in this District and throughout the United States.  At all times relevant to this Complaint, acting alone, in concert with others, and through its brand partners, Amare has advertised, marketed, distributed, or sold dietary supplements and the opportunity to sell and market the supplements to consumers throughout the United States.  The company has also, on numerous occasions, provided instructional and marketing materials to brand partners regarding its dietary supplements and brand partners' potential earnings.  Amare formed on or about March 18, 2022.

11.    From May 2016 through March 2022, M3 Ventures West, Inc. ("M3 Ventures"), a California corporation with a principal place of business in Irvine,

-4-

California, did business as Amare and Amare Global. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12.    Defendant Shawn Talbott ("Talbott"), also known as Dr. Shawn, is a founder of Amare and was its Chief Science Officer from January 2017 through October 2024.  As of March 2025, he owns ▮▮▮ of Amare.  At times relevant to this Complaint, acting alone or in concert with others, including Amare brand partners, he has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of Amare, including the acts and practices described in this Complaint.  Defendant Talbott resides in Massachusetts and, in connection with the matters alleged herein, transacts or has transacted business in this District and throughout the United States.

13.    Defendant Talbott was responsible for Amare's research, development, and product formulation.  He led all aspects of the development of Amare's product formulations and specifications, as well as clinical and experimental research, product claims substantiation and technical support.  As detailed below, notwithstanding the fact that he is subject to an FTC Order prohibiting false or unsubstantiated health claims, Defendant Talbott personally made many of the company's deceptive health claims. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14.    Defendant David Chung ("Chung") acquired Amare in December 2023, taking an ▮▮▮ share through his holding company, Bioamity Global LLC.  At times relevant to this Complaint, acting alone or in concert with others, including Amare brand partners, he has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of Amare, including the acts and practices described in this Complaint.  Defendant Chung resides in

Florida and, in connection with the matters alleged herein, transacts or has transacted business in this District and throughout the United States.

15. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

16.     Chung knew Amare lacked appropriate substantiation for the company's marketing claims.  At the July 2024 company-sponsored convention, Chung explicitly acknowledged the lack of substantiation for not just the ingredients but the finished products.  Despite this knowledge, Chung did not direct the company to cease sales of its products.  Indeed, with Chung at the helm in 2024, revenues from Amare products exceeded ███████, with over ███ ██████ coming from the sale of Happy Juice and its component parts; ████████ from Kids Mood+; and ███████ from Kids Happy Juice, which launched in October 2024.

17.     Chung continues to lead the company and formally took over as CEO in July 2025.  He emphasized Happy Juice as a critical Amare product in a May 2025 interview with Forbes and appeared on stage at Amare's July 2025 convention to launch new products for brand partners to sell and double-down on the company's business model.  That summer, Chung also stated, "Amare is more than a company to me, it's my legacy."

18.     Amare posted a video in October 2025 further claiming that Chung "is **fully invested** financially, operationally, and emotionally in building a company with **lasting impact**." (emphasis in original).

19.    Defendant Patrick Hintze, also known as Pat Hintze ("Hintze"), is Amare's founding brand partner.  At times relevant to this Complaint, acting alone or in concert with others, including Amare brand partners, he has formulated, directed, controlled, had the authority to control, or participated in the acts and practices of Amare, including the acts and practices described in this Complaint. Defendant Hintze resides in Wisconsin and, in connection with the matters alleged herein, transacts or has transacted business in this District and throughout the United States.

20.    ███████████████████████████████████████ ████████████████████████████████████ Through Hintze's downline, Defendants disseminated false, misleading, or unsubstantiated claims.  Hintze remains in control of his downline and received over ████████ per year in 2022, 2023, and 2024 for his and their efforts. ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████████ Despite this knowledge, and despite, for example, sitting next to Talbott as Talbott made deceptive health claims, Hintze regularly referred brand partners to Talbott to answer their questions about Amare's products.

## AMARE'S BRAND PARTNERS

21.     Amare's brand partners acted as Amare's actual or apparent agents when making the false, misleading, or unsubstantiated claims alleged below. Among other facts alleged herein, Amare held its brand partners out as its representatives, including at company events and in marketing materials; sold its products almost entirely through brand partners; trained brand partners on how to sell the products, including by distributing instructional and marketing materials to them; and provided brand partners with personalized pages on Amare's website through which brand partners sold Amare's products to consumers. Because Amare's brand partners are its actual or apparent agents and make the representations alleged below within the scope of their authority, Amare is liable for the acts and practices alleged below.

## COMMERCE

22.     At all times relevant to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## DEFENDANTS' BUSINESS ACTIVITIES

### Amare's Structure and Responsibility for Their Brand Partners

23.     Defendants market and distribute dietary supplements through a network of salespeople who participate in Amare's multi-level marketing scheme as "brand partners."

24.     Amare has defined a brand partner as "[a] person who enrolls with a membership and wants to share the products with other people," and presently notes "[o]nly [b]rand [p]artners have the authority to enroll other [b]rand [p]artners and participate in the Amare Global Compensation Plan." Brand partners are paid as independent contractors.

25.     ███████████████████████████████

███████████████████████████████████████

-8-

26.     Amare provides new brand partners with a personalized link to execute sales.  Potential customers who see brand partners' claims online click on these links, which lead to the official Amare website where they may purchase Amare's products.  The relevant Amare brand partner's name and contact information appears at the top of the page under the Amare logo.

27.     Amare brand partners typically make sales through their personalized page on Amare's website, suggesting to purchasers that they are representatives of the company.

28.      Amare also provides brand partners voluminous materials to promote and sell Amare products and recruit new brand partners, including training materials, graphics, and logos to use in promoting the company's products and income opportunity.

29.     Brand partners themselves appear in Amare's promotional materials and are featured as speakers at Amare events.

30.     Amare refers to its brand partners as the company's "lifeblood" and has stated "Amare's business is inherently tied to and built upon the success of its Brand Partners' network."

31.     Indeed, since 2017, Amare has sold almost all of its products through its brand partners.  Between September 2017, when the company began selling products, through December 2024, Amare made ▮▮▮▮▮▮ of its monthly sales through brand partners.

32.     Amare defines a "customer" as "[a] person who purchases Amare products and who is not enrolled as a Brand Partner."  Customers do not sponsor

new brand partners (*e.g.*, build a downline, as described below) and do not receive commissions.

33.    Amare and its brand partners promote the company's products on social media such as Instagram, TikTok, Facebook, or YouTube.  There, they make false, misleading, or unsubstantiated health claims about the benefits of their products and testing done on them.

34.    Amare and its brand partners likewise make false, misleading, or unsubstantiated claims when recruiting new brand partners, claiming recruits can earn large sums of money—often specifying $500 per month—by selling Amare's products.

35.    The claims about Amare's products and brand partners' earnings originate with Amare, Talbott, and Hintze and are repeated by brand partners.  In doing so, the brand partners not only repeat these claims, but they also often amplify or elaborate on the claims about the products' ability to produce certain results or treat or cure medical conditions and brand partners' ability to earn income.

36.    Amare is aware of this repeated and widespread conduct and has allowed it to continue, even rewarding and highlighting many of the brand partners making the most extreme and deceptive statements.

37.    Indeed, despite its awareness, Amare's compliance department does not take meaningful action to prevent or remove deceptive posts like those described throughout this complaint, which direct consumers to Amare's website to purchase products or become a brand partner.  Amare regularly fails to take any other disciplinary action against brand partners for making false or unsubstantiated health claims about its products, such as freezing their commissions, disabling their credentials, or suspending or terminating them from the network.

38.    ███████████████████████████████████
████████████████████████████████████████████

██████████████████████████████████████ Brand partners' deceptive claims often remained online for days, weeks, months, and even years, and the brand partners who made them—including those described in this Complaint—continued to market Amare's products.

39. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

40. Indeed, rather than taking reasonable steps to stop deceptive claims, Amare promoted brand partners who made them—including brand partners whose claims Amare recognized violated the company's policies. For example, Amare featured high-ranking brand partners whose claims are quoted in this Complaint at its conventions and featured them in marketing materials, and in doing so endorsed and encouraged their deceptive claims. They did so after the brand partners had made such claims for days, months, or even years.

### Amare's Claims About its Dietary Supplements

#### *Amare's Products*

41. Amare markets many dietary supplements, including ones not described below. They market these products for both children and adults.

42. Amare's flagship offering is a product "pack" called Happy Juice. Happy Juice is a combination of either two or three Amare products. It contains a supplement called MentaBiotics, as well as a form of a supplement referred to as "Edge"—either the original "Edge" or a newer formulation called "Edge+." It

-11-

sometimes also contains a product called "Energy+," which comes in both a caffeinated and caffeine free version.  The Happy Juice components are all powders that are mixed together with liquids and thereafter consumed.  Happy Juice and its components described in Paragraphs 43-47 below are typically marketed for adults.

43.    Amare began offering Happy Juice for sale in September 2021, and currently markets it for sale.  Between September 2021 and December 2024, revenues for the Happy Juice Pack exceed ███████ .

44.    Amare began offering MentaBiotics for sale in September 2017, and currently markets it for sale independently of Happy Juice as well as in combination with other supplements in the Happy Juice pack.  Between September 2017 and December 2024, revenues for MentaBiotics purchased independently (not as a part of the Happy Juice pack) exceed █████████ (including over ███ █████ during the time since Happy Juice launched).

45.    Amare began offering Edge for sale in March 2021, and currently markets it for sale independently of Happy Juice as well as in combination with other supplements in the Happy Juice pack.  Between March 2021 and December 2024, revenues for Edge purchased independently (not as a part of the Happy Juice pack) exceed ████████ (including over ██████████ since Happy Juice launched).

46.    Amare began offering Edge+ for sale in February 2024, and currently markets it for sale independently of Happy Juice as well as in combination with other supplements in the Happy Juice pack.  Between February 2024 and December 2024, revenues for Edge+ purchased independently (not as a part of the Happy Juice pack) exceed ███████ (all after Happy Juice launched).

47.    Amare began offering Energy+ for sale in September 2017, and currently markets it for sale independently of Happy Juice as well as in combination with other supplements in the Happy Juice pack.  Between September

2017 and December 2024, revenues for Energy+ purchased independently (not as a part of the Happy Juice pack) exceed ████████ (including over ████████ since Happy Juice launched).

48.    Kids Mood+ is another Amare dietary supplement, which Amare markets to parents for use by children.  It is a powder that can be consumed directly or mixed into other liquids or food.  Amare began offering Kids Mood+ for sale in September 2019, and currently markets it for sale.  Between September 2019 and December 2024, revenues for Kids Mood+ exceed ████████.

49.    Kids Happy Juice is also an Amare dietary supplement, which Amare also markets to parents for use by children.  Unlike the adult Happy Juice, Kids Happy Juice is a standalone product (it is not a product "pack").  It is a powder that can be mixed into other liquids or food.  Amare began offering Kids Happy Juice for sale to certain brand partners in August 2024, to the public in October 2024, and currently markets it for sale.  Between August 2024 and December 2024, revenues for Kids Happy Juice exceed ████████.

*Amare's Deceptive Neurotransmitter and Hormone Claims (Happy Juice, Kids Mood+, Kids Happy Juice)*

50.    Defendants claim their products "work across the entire gut-brain axis" to increase or normalize neurotransmitters such as dopamine, serotonin, and GABA, and lower or regulate cortisol, a hormone.  As described throughout this complaint, Defendants claim various health benefits result from their products' purported effect on neurotransmitters and hormones.

51.    Defendants' claims about their products' effects on neurotransmitters and hormones originated with Talbott, who formulated Amare's products and personally made claims relating to their purported ability to regulate neurotransmitters and hormones.  For example, he made the following claims in marketing videos with Amare products in the background, wearing Amare apparel, or using Amare branding:

-13-

    a.  When pitching Happy Juice, Talbott claimed the product works in "so many different ways to improve overall mental wellness," stating it "lowers cortisol" and "raises different neurotransmitters like serotonin, that helps with happiness, and dopamine, that helps with motivation," and GABA "for stress reduction and relaxation."

    b.  When pitching Kids Mood+, Talbott claimed the product has been shown to modulate neurotransmitters.  For example, he claims it "helps normalize serotonin and dopamine activity—the 'feel good' neurotransmitters" and "[b]alances stress hormones (cortisol)."

52.  Amare has made similar claims on its website about Happy Juice and Kids Mood+, for example representing that Happy Juice "[i]ncreases natural serotonin, dopamine, and GABA production," and that Kids Mood+ normalizes neurotransmitter activity, including serotonin and dopamine in the brain, "support[s] healthy cortisol levels," and "reduce[s] stress hormones."

53.  Likewise, on or about May 21, 2024, Amare.com contained a video advertising Mango Happy Juice, stating it "won't solve all of your problems, but it will optimize neurotransmitters for happiness."  The video also notes that Happy Juice provides "Probiotics for emotional wellness.  So you can experience optimized 'happy' neurotransmitters [] [l]ike [s]erotonin, [d]opamine, [and] GABA."

54.  Defendants, both directly and through Amare brand partners, routinely disseminate claims about Amare's products' effects on neurotransmitters and hormones online and through other means in promoting Happy Juice, Kids Mood+, and Kids Happy Juice.  Below are typical examples of claims regarding neurotransmitters and hormones.  The date the claim was posted on social media is noted below; the claims may have been viewable for months or years after they were posted.  All of the examples below post-date Talbott and Hintze's FTC Orders.

a. On or about April 27, 2024, an Amare brand partner stated Kids Mood+ "NORMALIZES DOPAMINE AND SEROTONIN," which she claims is "a game changer for focus, attention, positive mood, calm body and brain, emotional support, better sleep. All the things kids deal with these days!" She then included the hashtags "#kidsmentalhealth," "#adhd," "#adhdtiktok," "#amare," and "#trynow."



**Figure 1**

b. On or about August 12, 2024, an Amare brand partner posted a picture with overlaid text reading, "Happy juice enters the chat and you lose your fupa & depressive thoughts. You now have a jawline. Turns out you weren't broken. . . your cortisol levels were super high & your gut needed some work. 17lbs gone baby!" In the caption, she elaborates that "Happy Juice connects the gut-brain axis and specifically targets dopamine and serotonin levels in the

brain," and that clinical studies prove Happy Juice "[r]egulates blood sugars & cortisol levels."



**Figure 2**

c. On or about November 30, 2022, an Amare brand partner claimed there are "[o]ver 100 Clinical Study Results" for Happy Juice, and it "lower[s] cortisol exposure and improves GABA neurotransmission" and "increase[es] serotonin." She elaborated that Happy Juice caused a "55% **DECREASE** in **ANXIETY** scores," a "50% **DECREASE** in **DEPRESSION** scores," a

"**105% DECREASE** in **NEGATIVE MOOD**" and a "**211% INCREASE** in **POSITIVE MOOD**." (emphasis in original)

d. On or about December 29, 2025, an Amare brand partner claimed her "body had unlevel serotonin + dopamine communication & high cortisol" and was "craving dopamine, serotonin and GABA." She claimed these issues resolved after she found "an all natural probiotic drink that actually helps the body naturally create ALL of the neurotransmitters & hormones I needed—via the GUT," elaborating "after 2 weeks I was weaning myself off of my anti anxiety meds.  I'm no[w] three years med free!"

e. On or about July 4, 2024, an Amare brand partner claimed "one drink can:  lower cortisol . . . increase serotonin, dopamine & GABA production" to "[i]mprove mental health."  In the caption, she stated, "About 90% of our serotonin, the primary neurotransmitter responsible for happiness and mood, is actually produced and located in our gut.  Gut health IS mental health.  This supplement drink supports the growth and vitality of specific strains of gut bacteria to increase the production of those 'feel good' neurotransmitters so you literally feel happier as you continue to drink it and heal your gut."  She included the hashtags "#HappyJuice," "#MentalHealth," "#MentalWellness," "#Cortisol," "#Anxiousness," and "#AnxiousFeelings" on the post.

f. On or about January 7, 2025, an Amare brand partner claimed when she started her children on the same supplements she was using for her and her husband (Happy Juice), "but formulated for kids," (Kids Happy Juice), her "house transformed" because "these supps work the gut-brain axis[,] [g]etting the serotonin and dopamine in the gut communicating with the brain."  She

concluded, "This product doesn't just mask symptoms: it addresses the root by regulating those key brain chemicals."



**Figure 3**

g. On or about August 7, 2024, an Amare brand partner posted a video with the words, "[Y]ou've had 4 kids it's just genetics your [sic] big boned[.]  [L]owering the cortisol enters the chat[.]  [L]ost 50 lbs[,] all my inflammation[,] and have never felt better."  In her caption, this brand partner wrote, "[M]ake sure you are following me and comment 555 for my gut health protocol to lower

cortisol[.]" She continued, it "helped my mental wellness, curbed my sugar cravings, better sleep and transformed me."

55.     Defendants' representations as described in Paragraphs 50-54 are false, misleading, or not substantiated.

*Amare's Deceptive Depression Claims (Happy Juice, MentaBiotics, Kids Mood+, Kids Happy Juice)*

56.     Defendants, both directly and through Amare brand partners, have routinely disseminated deceptive claims online and through other means that Happy Juice and one of its components, MentaBiotics, as well as Kids Mood+, treat, prevent, or cure depression. Below are typical examples of such claims. The date the claim was posted on social media or otherwise made is noted below; the claims may have been viewable for months or years after they were first posted. All of the examples below post-date Talbott and Hintze's FTC Orders.

a.  On or about April 19, 2018, Hintze hosted a launch tour event, which was reposted on Vimeo, where Talbott presented. In the video Talbott displayed an Amare-branded slide with a graphic titled "where are you on the mental wellness continuum" showing a scale from 1-10, with a "disease status" on the left, which listed depression, anxiety, ADD/ADHD, and Alzheimer's. The middle of the chart reads, "Normal," and the right-hand side of the chart reads "optimized," which includes feeling "happy" and "resilient." Talbott states that no matter where you are on the continuum, Amare will help you towards the optimized side of the continuum.



**Figure 4**

    b. Shortly thereafter, Talbott presented a slide depicting the antidepressants Prozac, Lexapro, and Celexa, along with energy drink and coffee brands, noting these substances are what people typically "reach for" when "struggling" with mental health issues. Talbott says that instead people need "something that really gets in and addresses all the things that might be out of balance, and that's what we're going to talk about tonight." Talbott proceeded to discuss Amare products such as the FundaMentals Pack, which contains MentaBiotics (a component in Amare's Happy Juice pack, which was introduced in 2021).

    c.

    d. On or about February 11, 2020, Talbott posted a video to his YouTube page showing his appearance on an ABC News Los

Angeles affiliate program from December 2019. In the segment, Talbott appears in a shirt with an Amare logo and explains that the saffron extract used in Kids Mood+ "can help with depression in teenagers, equivalent to Prozac." Amare also made this video available to brand partners for sharing on its portal for brand partners.

e. In another 2024 ad, Talbott appears in a video posted on Amare.com, noting a purported scientific paradigm shift, where scientists believe you should treat the gut to get results in the brain; while he speaks, different traditional drugs/treatments, including "antidepressants," appear on the screen. The video implies that Amare's products can replace these traditional treatments.

f. In 2024, Happy Juice's packaging stated, "THE KEY INGREDIENTS IN HAPPY JUICE ARE SHOWN TO: increase positive mood +105%."

57. Brand partners frequently repeat and elaborate on these claims, sometimes by quantifying the amount by which Amare's products will lower depression (by 50 or 55%), increase positive mood (by 211%), or decrease negative mood (confoundingly, by 105%). *See supra* Paragraph 54.c. Below are other typical examples of such claims.

a. On or about December 4, 2022, an Amare brand partner repeated claims made by Talbott on the ABC News segment, claiming that Kids Mood+, the "saffron extract pixie stick," was "tested in clinical trials, went head-to-head with Prozac for mood and anxiety and Ritalin for focus."

b. On or about June 13, 2022, an Amare brand partner wrote, "This is the famous Happy Juice I've been raving about!!" In the picture,

-21-

she says that it is "[s]cientifically proven to:  [l]ower depression by 55%."

    c. On or about January 14, 2023, an Amare brand partner posted, "when you give someone the STATS on your juice that's been your lifeline for 7 months[.]  [H]ealing my gut, shrinking belly fat and providing clean energy all day long."  In the picture, she writes, "55% DECREASE IN ANXIETY SCORES," "50% DECREASE IN DEPRESSION SCORES," "211% INCREASE IN POSITIVE MOOD" and "105% DECREASE IN NEGATIVE MOOD."



**Figure 5**

d. On or about February 26, 2023, an Amare brand partner posted, while holding a glass of Happy Juice, "Key Ingredients in MentaBiotics have been clinically shown to" lead to a "55% Decrease in anxiety scores," a "50% Decrease in depression scores," and a "49% Reduction in overall distress."

e. On or about May 16, 2024, an Amare brand partner claimed Amare's products have "CLINICALLY PROVEN RESULTS like . . . 55% less depression . . . [and] 55% lower anxiety scores," with the hashtags "#reducecortisol" and "#hysterectomy."

f. On or about August 21, 2024, an Amare brand partner called Happy Juice a "cortisol detox drink," that is patented, clinically proven, and "created by a doctor." On her Linktree page, this brand partner claimed Happy Juice is "**a drink mix that is CLINICALLY PROVEN TO**: 55% Decrease in anxiety scores . . . Lowers depression by 55% . . . increases positive mood by 211%, Decreases negative mood by 105%." (Emphasis in original.)

58. Other brand partners amplify these deceptive claims by citing their own purported experiences and experiences they attribute to their customers who allegedly found relief from depression after using Amare products. Below are typical examples of such claims posted on social media.

a. On or about January 7, 2025, an Amare brand partner claimed in a video she no longer needed medications for suicidal ideations because of Happy Juice.

b. On or about October 24, 2024, an Amare brand partner posted a picture of three children with the following text on top of it: "The 2nd leading cause of death for children is suicide. That is not ok. Here[']s [sic] 5 tips to help your kids achieve mental wellness and

bring happiness back!  There [sic] life could depend on it!"  In the caption, one of five tips she offers is to "Focus on GUT & BRAIN health" and then states the "Mental Wellness Company just launched . . . the world[']s FIRST pre & probiotic drink with specific strains [of] bacteria to replenish the gut bacteria that is being stripped from a child's gut due to poor diet."  After saying "[t]he results parents are seeing is awesome," she offers  "coupons [for] $10-30 off our KIDS HAPPY JUICE!"  She concludes with the keywords, "kids mental wellness cortisol ADD ADHD focus."

c.  On or about August 20, 2024, an Amare brand partner claimed on her social media page that drinking Happy Juice allowed her to stop taking medications: "See ya 250 Zoloft & adhd meds!  Hello sex drive back, & life without debilitating anxiety!"  She elaborated, "I'm no longer bound by whether or not I've taken my prescription that day or if I'm waiting on a refill[,]" and stated "I'm not dealing with prescriptions that wrecked the gut I've worked so hard to heal."  She also referenced that "with the help of the nootropics," her anxiety and ADHD are now "manageable" despite having "struggled with anxiety [her] whole adult life."  She claims to have "noticed a huge shift" "around day 27 on this protocol."

**Figure 6**

d. On or about July 10, 2025, an Amare brand partner posted a series of pictures where she claims, "The pharmaceuticals weren't working & I was extremely anxious, sad, depressed, severe brain fog, & inflamed. The Dr said my hormones were 'fine.'" Then, over a "before" picture depicting herself in a bikini, she writes: "When I stopped recognizing myself I knew it was the wake up call. . . ." She continues, over an "after" picture also depicting her in a bikini having lost weight, "I starting taking natural

-25-

supplements to support GLP-1 and lower cortisol (stress hormone) naturally and everything changed. . . ." On the next slides, she continues, "I went from this. . . always painfully bloated and inflamed," and then, over an "after" weight loss picture, "To losing 17lbs, never painfully bloated, face inflammation gone, cystic acne gone, & so much happier." She continues, over another "after" weight loss picture, "I'm in the best physical & mental shape I've ever been." She elaborates, over a picture of herself kissing a child, "I'm less over stimulated & a much better mama to my kids." She writes in the caption: "The best investment I ever made was to get healthy again for my kids. . . By incorporating natural supplements that have transformed my health & confidence."

e.  On or about July 4, 2024, the same day she linked Happy Juice to increasing serotonin, dopamine, and GABA (*see* Paragraph 54.e), an Amare brand partner claimed "most doctors won't tell you about these natural options because Big ph@rm@ is a sell out and doesn't want us finding healing solutions to poor gut health, antidepressants and more—so here's a holistic option that everyone is obsessed with + finding massive success with (and for the record—is clinically validated MANY times YEARS!)" She states, "Comment HAPPY and I'll send you the discounts all stacked up!"

f.  On or about January 5, 2024, an Amare brand partner, regarding Happy Juice, declared, alongside a picture of her crying, "Depression is not my story, healing is." She elaborated in the caption that she "found a place offering a wholistic [sic] option to help support the gut-brain connection, and scientifically proven to decrease feelings of sadness, anxiousness & more. I KNEW I

NEEDED THIS. I started taking [Amare's] main product because the title alone had me intrigued. All I wanted was my happy back." She continued, "Comment HEAL and I'll send you the discount link to try the mental wellness + gut nourishing drink I use." On or about August 27, 2024, this brand partner had a story called "Happy Juice," showing videos from January 2024 wherein she (a) made and drank Happy Juice and (b) made similar claims (for example, "decreases feelings of sadness + anxiousness by over 50%").

g. On or about December 7, 2023, an Amare brand partner reposted a text message from a purported consumer where this consumer claimed she was, because of Happy Juice, "off my Zoloft and feeling so much better!"

h. On or about October 12, 2024, an Amare brand partner posted a video on social media about Kids Happy Juice with the following text overlaid: "1 in 6 U.S. children aged 6-17 has a mental health disorder.[] Suicide is the 2nd leading cause of death among children aged 10-14 in the U.S. 51% of children who experience mental health challenges do not receive the care they need[.]" Then, over an image of the Kids Happy Juice Box, she writes, "THIS IS HOW WE FIGHT BACK AGAINST THE STAGGERING STATISTICS[.]" In the caption, she writes, "After test driving the new [K]ids Happy [J]uice for the last two months[,] I am so excited it is now available to everyone!" She includes the hashtags "#mentalhealth," "#kidsmentalhealth," and "#amareglobal" in the description of her post.

i. ███████████████████████████████████████
███████████████████████████████████████

-27-



59.

One brand partner ▮▮▮▮▮▮▮▮ during a call to an FTC undercover investigator posing as a prospective brand partner, explaining sellers are "obviously" "not allowed to say those medical terms online because it's illegal per, like, the government," "but, you know, you just have to find different words around it." Talbott describes such tactics as "engaging in word play" in a YouTube video he published about making dietary supplement claims.

60.    Amare's product information sheets, which were made available to Amare brand partners on the Amare website, reflect this advice. For example, the May 2024 product information sheet for Happy Juice states the product "[s]upports mood and motivation." Likewise, Amare's May 2024 product information sheet for Kids Mood+ states the product "[s]upports better mood and stress resilience."

61. The net impression of such code words is that Amare's products treat depression.

62. Similarly, in addition to making explicit both "depression" and "mood" claims referenced above, brand partners sometimes describe Amare products relieving symptoms of depression rather than using the terms "depression" or "depressed." Below are examples of typical claims posted on social media.

a. On or about November 21, 2025, an Amare brand partner claimed before trying Happy Juice, she was "waking up at 3 AM every. single. day[,]" "[h]aving terrible panic attacks," and "[s]itting on the floor of the shower, bawling my eyes out, hoping that the hot water would wash the feelings away." After "drinking [] happy juice[,]" she claims "I truly mean it when I say that this stuff is changing my life. I'm eating again. I am freaking sleeping again (amen)[.] I'm smiling again[.] Laughing again. . . I'm feeling joy again." She added, "Happy Juice is proven to lower cortisol levels[,] [b]oost motivation[,] [b]oost energy, [m]ental clarity . . . it's just everything." She then invites people to try the product, writing: "If you're looking for any mental relief like this—try it. Try happy juice and just SEE how it completely transforms your life like it has mine." She concludes, "Drop HEAL & I'll send the link[.]"

b. On or about June 24, 2024, an Amare brand partner claimed "losing 50+ pounds feels amazing but what gut health has done for my mind has been life changing. 2 years ago I was suicidal would not get out of bed, ended up having an adverse reaction to my anti-depressants, causing me to have tingling of extremities, numbness, severe brain fog and could not stop repeating I can't focus and

wanted to end my life.  I was a complete sceptic [sic] but was at the end of my rope and thought to invest in something maybe holistic to help because pharmaceuticals were not working for me, within the first 20 minutes of drinking my supplements the brain fog lifted and I started crying happy tears realizing that holistic approach was actually real. The phased benefits have been unreal for me the longer you take it the better it gets. comment 555 for my wellness quiz to get you started."



**Figure 7**

c.  On or about February 16, 2024, an Amare brand partner stated, "My body was stuck in flight or fight. Panic attacks, brain fog, insomnia, sensitivity to noise and light, headaches, easily irritated and snappy, light headed, and literally being glued to my couch because I was SO tired. I started to chronically cough and hated

waking up.  My symptoms were just controlling my life."  She continued, "I started researching herbs, plants, spices, and specific probiotics that helped support stress resilience, lowered my cortisol levels, calmed me down, elevated my mood, and eliminated my anxiety."

   d. On or about November 11, 2024, an Amare brand partner claimed, "Wild how last year I was in the lowest point of my life mentally and I came across happy juice.  Not only did it improve my mental health, it allowed me to lose inflammation I was clinging onto by promoting healthy cortisol and blood sugar levels."  In the caption, she wrote, "I was beyond miserable and I'm so thankful I found happy juice."

63.    Defendants' representations as described in Paragraphs 56-62 are false, misleading, or not substantiated.

*Amare's Deceptive Anxiety Claims (Happy Juice, Kids Mood+, Kids Happy Juice)*

64.    Defendants, both directly and through Amare brand partners, have routinely disseminated deceptive claims online and through other means that Happy Juice, Kids Mood+, and Kids Happy Juice treat, prevent, or cure anxiety. For example, in May 2024, Amare provided its brand partners with product information ("performance") sheets claiming MentaBiotics (a component of Happy Juice) is "PROVEN TO" cause a "55% Decrease in anxiousness scores."

65.    Amare brand partners likewise represent Happy Juice or MentaBiotics will cause a 55% reduction in anxiety or anxiousness or allow consumers to cease use of medication taken to treat anxiety.  Exemplar claims are referenced above and below in Paragraphs 54.c, 57.a, 57.c, 57.d, 57.e, 57.f, 58.c, 58.d, 58.g, and 66.i.

66.    Defendants, both directly and through Amare brand partners, have routinely disseminated deceptive claims online and through other means in promoting Happy Juice and one of its components, MentaBiotics, as well as Kids

-31-

Mood+ and Kids Happy Juice, that these products treat, prevent, or cure anxiety, often specifically claiming it can treat anxiety in children.  Below are typical examples of these claims posted on social media.  The date the claim was posted on social media is noted below; the claims may have been viewable for months or years after they were first posted.  All of the examples below post-date Talbott and Hintze's FTC Orders.

    a.  On or about June 29, 2024, an Amare brand partner said her children went from "anxious, ungrateful, demanding, MOODY, wetting the bed, ANGER OUTBURSTS & not sleeping . . . to this within a WEEK."  She posted a video of them dancing happily.  In the description, the brand partner writes that the product "drastically improved our kids['] mood, anxiousness, they're not as emotional & we have way less outbursts & crying."  She uses the hashtags "#kidsadhd," "#kidsanxiety," and "#sensoryprocessingdisorder."  When the FTC reviewed this post on or about September 4, 2024, her social media page included links to purchase Kids Mood+.

    b.  On or about March 3, 2023, an Amare brand partner linked her husband's anger issues to anxiety, saying, "PSA for all you wives out there that have husbands that have anger issues, they have anxiety.  Men that have anger issues have anxiety."  She claimed this was "their reaction to having too much cortisol pumping through their body," explaining "cortisol is your stress hormone, and what it also does is that it disrupts sleep and it creates belly fat."  After asking consumers if their husband is angry, has disrupted sleep, or has additional belly fat, "if the answer[] to that is yes, it's a cortisol issue."  She told consumers if they "comment yes below," she would tell them "how to hook him up, because

hooking him up is hooking you up, am I right?"  In the post's comments, below a "yess" [sic] comment, the brand partner told a consumer to look for "happy juice probiotics to create more dopamine."  The post also included the hashtags "anxietyrelief," "#anxietytips[]," "#loweringcortisol[]" and "#howtofixcortisol[]," and "#stresshormonesandweightloss."



**Figure 8**

  c. On or about January 10, 2023, an Amare brand partner claimed, while displaying a pack of Kids Mood+, "Kids & adults with ADHD and/or anxiety . . . This little saffron pixie stick helps us get out of fight or flight & improves focus[,] Calms our bodies & helps improve sleep.  It's blowing up tiktok & it was actually out of stock for a hot minute."

  d. On or about July 6, 2023, an Amare brand partner stated, "[t]here are 3 products in Happy Juice:  Mentabiotics, Energy+, and Edge that lower cortisol, raise dopamine, raise serotonin, and improve

GABA signaling.  You mix all three of these together to make Happy Juice.  Why do you care?  Because in a hyper stressed out world, Happy Juice has been show to . . . [r]educe anxiousness.”

e. On or about October 10, 2024, an Amare brand partner claimed, after describing testimonials of children who are no longer anxious or melting down, that Kids Happy Juice “contains specific strains of bacteria that help address anxiousness, stress, and tension.”

f. On or about November 5, 2024, an Amare brand partner, while referencing Kids Happy Juice, stated “POV: the drink that got you off adhd meds + anxiety meds + helped you feel happier bc it helps your serotonin and dopamine . . . COMES OUT FOR KIDS!”

g. On or about October 24, 2024, an Amare brand partner posted, “Signs your kiddo is struggling with anxious ADHD.”  She provided a list of symptoms, and stated, “The natural supplements [I] use for my own kids are recommended to balance the nervous system, help calm the mind and body, help them focus, regu[la]te cortisol, and sleep.  No side effects and everything is natural.”  She included the hashtags “#cortisol,” “#kidswithanxiety,” “#adhd,” and “#adhdawareness.”

h. On or about April 1, 2025, an Amare brand partner posted a video of herself making Happy Juice, and writes, “She doesn’t know it yet. . . But this drink is about to save her life & improve her mental health & get rid of all sad thoughts & anxious feelings.  It’s also going to help her lost [sic] 17lbs in 6 months caused by high cortisol.”

i. On or about December 30, 2025, an Amare brand partner claimed, “I’m a mom of 4 that was stuck in the viscous [sic] cycle of my anxiety, adhd and depression [pill emoji] constantly being

-34-

upped. . . . 3.5 yrs ago instead of upping my Zoloft to 300 I worked the serotonin through my gut instead.  I'm med free 3 years!"  On or about July 1, 2022, this same brand partner claimed, "28 days ago + one , I started drinking this 'happy juice.'"

67.    Amare was aware of these and similar claims made by its brand partners. ████████████████████████████████████████ ████████████████████████████████████ ██████████████████████████████████ ████████████████████████████████ ███████████████████████████████████ ██████

68.    The net impression ████████████ is that Amare's products treat anxiety.

69.    Defendants' representations as described in Paragraphs 64-68 are false, misleading or not substantiated.

*Amare's Deceptive ADHD Claims Directed to Children and Adults (Happy Juice, Kids Mood+, Kids Happy Juice)*

70.    Defendants, both directly and through Amare brand partners, have routinely disseminated deceptive claims online and through other means that Happy Juice, Kids Mood+, and Kids Happy Juice treat, prevent, or cure ADHD, often specifically claiming it can treat ADHD in children.

71.    For example, in the 2019 television appearance on a Los Angeles ABC affiliate, a clip of which Talbott shared and Amare made available to brand partners for reposting on their social media accounts at least as late as January 2023, Talbott claimed the saffron in Kids Mood+ would mitigate or treat "ADHD in children, equivalent to Ritalin."



**Figure 9**



**Figure 10**



**Figure 11**

72.    On numerous occasions, Amare brand partners have reposted clips of this Talbott television appearance on social media or reiterated his claim, asserting the Kids Mood+ product itself was tested and shown to work equivalent to Ritalin. *See, e.g.*, Paragraph 57.a.

73.    Defendants, both directly and through Amare brand partners, have routinely disseminated deceptive claims online and through other means in promoting Happy Juice and one of its components, MentaBiotics, as well as Kids Mood+, that these products treat, prevent, or cure ADHD, including ADHD in children. Below are typical examples of these claims. The date the claim was posted on social media is noted below; the claims may have been viewable for months or years after they were first posted. All of the examples below post-date Talbott and Hintze's FTC Orders.

a. On or about November 17, 2022, an Amare brand partner posted a testimonial on her Instagram story: "My name is Danielle and I have always been a disorganized, distracted, and unmotivated mess with adult ADD. No more!!! Happy Juice works!"

-37-

b.  On or about July 26, 2024, an Amare brand partner posted about Kids Mood+, writing, "Thinking about how moms are still struggling with kids who are anxious and overstimulated but I found pixie sticks that reduce their nerves, have less meltdowns + help them focus during school."  In the caption, she writes, "If you're tired of watching your kids struggle with school, or big emotions, constant calls from teachers, can't focus, melt downs and anxiousness . . . These pixie sticks are a supplement filled with incredible brain + mood supporting herbs + spices, proven to help kids feel calm and focused."  She included the hashtags "#neurodivergent," "#anxiouskids," "#adhdkids," and "#adhdfamily."

c.  On or about October 13, 2023, an Amare brand partner pitched the "[a]ll natural holistic gut supplements that help kiddos be the best they can be.  They help with mental health, anxiousness, focus, behavior, moodiness, attention and more."

d.  On or about December 11, 2024, an Amare brand partner posted about her "oldest ask[ing] for the holy basil pixie stick so, 'my body doesn't start to feel out of control—like I can't listen."  In the description, she writes, "Holy Basil + saffron helps your kids feel in control of their emotions to articulate what they're feeling without the breakdowns, keeps anxious feelings abay [sic], and those adhd SQUIRREL behavior[s] steady."  She then uses the hashtags "#kidsadhd" and "#sensoryprocessingdisorder."

e.  On or about October 28, 2025, an Amare brand partner posted, "My daughter & I started taking saffron, holy basil & rosemary daily & not only did it improve our focus, attention & big emotions … Our relationship got better."  In the caption, she stated, "It's

-38-

hard to get along when you both struggle with adhd & irritability [crying emoji] I wanted help for us but without the harmful side effects of medication. This delicious plant based pixie stick with natural ingredients such as rosemary, holy basil & saffron completely shifted our mood, focus, attention & irritability." On or about November 24, 2025, a link from this brand partner's Instagram page had links to two Amare products: Happy Juice and Kids Mood+.

74. Other exemplar claims are referenced in Paragraphs 58.c, 62.a, and 66.i (Happy Juice); 57.a, 66.a, and 66.c (Kids Mood+); and 66.f (Kids Happy Juice).

75. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

76. ███████████████████████████████████████████████████████████████████████████████ For example, on or about July 20, 2024, one Amare brand partner posted, "Getting interviewed by the Mental Wellness Company." Appearing in a lab, she continues, "I went from being filled with anxiousness, trouble sleeping, extra weight gain, feeling lightheaded, overstimulated, brain fog, and fatigue to healing my wrecked nervous system. My mess became my message and now I teach others what supplements I recommend to help support the nervous system. If you can resonate this account is for you."

77. The net impression of such code words is that Amare's products treat ADHD.

78.     Moreover, Amare is aware Talbott and Amare's brand partners make express claims that its products treat ADHD. ███████████████████ ████████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████████ ██████████████████████████ ███████████████████████████ ████████████████████

79.     ████████████████████, the company does not prevent its employees or brand partners from making such claims.  For example, Talbott remained the company's Chief Science Officer for five subsequent years after the ABC News video, ████████████████████████ ███████████████████████████████ ████████████████     Likewise, many of the brand partners described above remain with the company, or remained with Amare for years, despite the company being repeatedly warned about their claims.  Astoundingly, Amare has held out many of the brand partners described above as examples during company conventions.

80.     Defendants' representations as described in Paragraphs 70-79 are false, misleading, or not substantiated.

*Amare's Claims About the Kids Mood+ Study and about Studies Backing Happy Juice*

81.     Defendants, both directly and through Amare brand partners, routinely represent that their products' health benefits, including those of Kids Mood+ and Happy Juice, are clinically proven by studies.  In fact, the "study" Amare and

Talbott conducted on Kids Mood+ is facially deficient, and no studies on Happy Juice exist.

The Kids Mood+ Study

82.     In 2020, Talbott authored a study of Kids Mood+ (hereinafter "Kids Mood+ Study") with members of Amare's "Mental Wellness Advisory Board," Andrea Armstrong, Michella Masa, and Markham McHenry, and former Amare brand partner, Jessica Royston.

83.     This study was an open-label design, meaning both the researchers and participants are aware of the treatment being given, involving ten children who received the Kids Mood+ supplement for one month.  There was no placebo administered.

84.     The parents of the subject children administered the National Institute for Children's Health Quality ("NICHQ") Vanderbilt Assessment Scales, which measures symptoms in five areas (inattention, hyperactivity, defiance, conduct, and anxiety/depression) and performance, including school and social relationship performance.  The authors claim that following the month of supplementation, the children experienced "dramatic improvements" in all measures.

85.     ███████████████████████████████████████████████████

86.     ███████████████████████████████████████████████████

87.     The Kids Mood+ Study is unreliable due to, *inter alia*, the conflicts of interest ████████████████████████████████████

-41-

████████████████████████████████████████████████████████████

████████████████████████████████; a sample size far too small for statistical validity; and the lack of blinding and placebo.

88.    In spite of the study's unreliability, Defendants, both directly and through Amare brand partners, routinely use this study to promote Kids Mood+ in the manners described above.

89.    For example, in a video posted on Amare's website, Talbott shared the results of this "clinical trial," stating that 10/10 families saw improvements in their children's "focus, and mood, and, importantly, improvements in overall performance when the kids were under the most stress."

90.     In another example, Talbott claimed, "In a recent clinical study, Kids Mood+ was shown to dramatically enhance a wide range of attributes and performance metrics associated with mental performance in kids."

91.    Additionally, Talbott claims that the symptom and performance improvements occurred "when the kids were under the most stress," but the study abstract says nothing about the conditions under which the parents completed the health assessment.

92.    ██████████████████████████████████████

### The Lack of Studies on Happy Juice

93.    Defendants, both directly and through Amare brand partners, have disseminated deceptive claims online and through other means in promoting Happy Juice, representing there are clinical studies of the product.  Exemplar claims are referenced above in Paragraphs 54.b, 54.c, 57.d, and 57.f.

94.    ████████████████████████████

95.    ██████████████████████████████████

████████████████████████████████████████████████████████████

**Amare's Claims About its Income Opportunity**

*Background*

96.   Amare also markets the ability to become a brand partner, thereby becoming eligible to sell Amare's products and receive rewards or compensation for doing so.

97.   A prospective brand partner typically joins Amare's MLM structure by using a link from an existing brand partner and thereby joining the existing brand partner's business "organization," referred to as a "downline."  The Amare Global Policy Manual requires new brand partners to pay an annual fee to Amare, which is typically $69, unless the brand partner joins during a promotional period when that fee is waived, generally with a minimum product purchase.

98.   The December 2025 Global Policy Manual requires brand partners to be an "active" brand partner to be eligible for commissions and bonuses. According to the March 2026 Amare compensation plan, which was available on the Amare website through at least April 7, 2026, to be considered an "active" brand partner, a consumer must (1) complete a first order or have a personal customer order and (2) maintain a current brand partner membership.

99.   Furthermore, the March 2026 Amare compensation plan specifies that, to be eligible for commissions or bonuses, a brand partner must attain at least 100 in so-called personal volume ("PV") during a qualifying month, which is comprised of sales made from orders placed by that brand partner personally and by their personally enrolled customers.

100.   Generally, to obtain 100 PV, the brand partner and their personally enrolled customers must cumulatively spend more than $100.  100 PV does not have a uniform dollar value, and it often has different dollar values depending on the product purchased and how it was purchased (for example, whether the purchase was recurring or not).

101. Between January 2021 and December 2024, on average, ▇ of brand partners were commission-eligible in any given month (meaning ▇ were not commission-eligible).

102. Once enrolled, a Brand Partner can then solicit additional Brand Partners or customers to join their own downline networks and organization. As part of Amare's Compensation Plan, a portion of all downline sale proceeds flows back "upline" to the sponsoring Brand Partner as a limited commission. To encourage new brand partners to join, Amare and its brand partners make various claims about the ability to make money with Amare. In an Amare video posted on YouTube in October 2025, Hintze described the "business model" as "simple, supportive, and built for today's world." As detailed above, Hintze is the company's founding brand partner; as he and the company sell more products and recruit more brand partners through his downline, his compensation increases.

103. In its March 2026 compensation plan, which details how people can make money as an Amare brand partner, Amare highlighted "7 Ways to Earn." The first way is "Fast Start Bonuses," which consist of the "First Order Bonus, Me & Three Bonus, and Focus on 5 Bonus." When describing the Fast Start Bonuses, Amare states, "Brand Partners can earn up to $500+ by introducing Amare products and retaining new Customers and Brand Partners. ***That's close to 100% payout in commissions on your first 5 monthly enrollments!***" (emphasis in original) (captured April 7, 2026).

104. Amare has also described six other ways to earn, all in the same size font as "Fast Start Bonuses." The second is the "social selling bonus," which enables consumers to "Earn and rank advance without building a team!" The third is a "minimum monthly reward," which are between $1,000 and $2,500 per month depending on rank. The fourth are "rank advancement bonuses," which are cash prizes depending on rank. The fifth are "vacations of a lifetime." The sixth is "create a legacy," which states, "As you grow with Amare, get paid 10 levels

deep" and describes how such payments work. The seventh way are "bonus pools," which depends on your rank at the company.

105. This compensation plan also contains small-print text. For example, a portion of this text reads, "Generating meaningful income and rewards takes dedication and work. The typical Brand Partner earns $300.48/yearly. See the Income Disclosure Statement found at amare.com/ids. The representation of income does not include expenses."

106. The income disclosure statement available on Amare's website from at least May 21, 2024, through April 7, 2026, contained statistics for members active from May 2021 through April 2022.

107. When making the claims described in Paragraphs 110 and 122 below, Amare's brand partners typically did not provide any disclaimer that their earnings claims were atypical.

### $500 Per Month Claims

108. As described above, Amare's compensation plan sets forth methods by which brand partners purportedly can earn $500 per month.

109. ████████████████████████████████████

110. Defendants, both directly and through Amare brand partners, have routinely disseminated deceptive claims that consumers will or are likely to earn $500 per month at Amare. Below are typical examples of these claims. The date the claim was posted on social media is noted below; the claims may have been viewable for months or years after they were first posted:

a. On or about June 21, 2023, an Amare brand partner posted: "A company hits HYPER GROWTH ONCE.  It's [sic] doesn't take a genius to know that if you are at THE BEGINNING of a company in an INDUSTRY SO NEEDED RIGHT NOW (hello mental wellness and coming out of a pandemic, where mental health is about every other person).  There is a social need.  There is an elite product that is SOOO good, the company offered a money back guarantee, AND WE ARE ABOUT TO GO GLOBAL.  **If You start today and put in the work-there's no way you're not making at least $500 month.**" (emphasis added)



**Figure 12**

b. On or about April 12, 2024, an Amare brand partner posted, "Being here at Amare, I get to share my passion for it while helping others change their life mentally, and financially. I've been in this industry for 10 years, I've led a team of thousands twice now and I'm 100% confident I can help you make an extra $500-$2000 if you're coachable and willing to learn."

c. On or about July 27, 2024, an Amare brand partner posted, "[O]ur mental wellness company is on hypergrowth if you like wellness— THIS is it, patent viral supplements, in major hypergrowth it's my super power to help women. I have girls making $500 [to] 90+k a month literally social media + this job is the most amazing, the comp plan is like no other."

d. On or about August 21, 2024, after asking, "How will $500 help you right now," an Amare brand partner posted, "I will show you how to make your first $500 with a plan to grow and scale from here."

e. On or about November 8, 2024, an Amare brand partner posted that she has a "VERY, VERY, VERY simple system, that when you follow this every single month, you will make $500. this is *every* month."

f. On or about July 12, 2025, an Amare brand partner posted on Instagram, "If you're sick of not having enough money to do the things you want to do. . . DO NETWORK MARKETING." She continued in the caption, "I needed to find a way to replace my corporate income and reclaim time with my family. Network marketing has changed my life. Starting with the share with 5, make $500 monthly bonus. Then the 1, 2, and 2.5k base pay $$$ obviously I chose not to stop there. Today, I enjoy unparalleled

time freedom and am living my best life.  The best part?  I get to help others achieve the same.  Want this freedom in your life too?  Comment 'TELLME' below if you're ready to make a change.  In the past 6-years I've helped HUNDREDS create passive and residual income."

    g.  On or about October 26, 2025, an Amare brand partner posted, "What it looks like to partner with Amare . . . Get paid 5x's a month or opt in for DAILY PAY!  Earn a min. $500 a month with just 5 sales."  In the video accompanying the post, she stated "I share Happy Juice, which completely transformed my mental and physical health, if you know, my mental health was absolute shit and this completely changed my life.  And by me sharing this with thousands of other women, I get paid multiple times from this because [] I'm not just selling one product, one time, boom bam, my sale is done.  I am selling it, and it is a consumable product that people drink over and over and over again.  Therefore, that's residual income that you get paid on monthly.  … So by doing that, I get paid over and over and over again.  So, that's just smart business right there. . . ."  After pitching becoming a brand partner with her, she again claimed, "Your first five customers every single month is a $500 bonus.  . . . You can kick ass with this and make [] life changing money or you can aim to just get five customers a month and make $500.  Like, whatever your income goal is, you can absolutely, absolutely achieve."

111.  These representations that Brand Partners will or are likely to earn $500 per month in revenue are false, misleading, or not substantiated.  Between January 2021 and December 2024, just ███ of brand partners made $500 in a month in revenue.

-48-

112.   In those four years, the month with the highest number of brand partners making at least $500 was April 2023, when ▮▮▮▮ (▮▮▮▮▮▮▮ brand partners) made that amount.

113.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ Amare regularly recruited new brand partners with large social media followings by offering them contracts with guaranteed monthly minimums.  A new brand partner without a large following who was not offered a guaranteed minimum contract would be less likely than specially recruited sellers to earn at least $500 per month.

*Meaningful Income Claims*

114.   As described above, Amare's compensation plan sets forth methods by which brand partners can earn meaningful income, including (or in addition to) "vacations of a lifetime," "financial freedom" and the ability to "create a legacy."

115.   Furthermore, the company and its brand partners make lifestyle and general earnings claims (about obtaining life-changing income).

116.   From at least May 2022 through July 2024, on its webpage "Join as an Amare Partner," Amare asked potential enrollees, "Why Amare?"  and stated the "Generous Compensation Plan" was one of four reasons to enroll.

117.   Furthermore, from at least May 2022 through February 2024, Amare claimed, without qualification, that under its compensation plan, brand partners "[g]enerate dozens of passive income streams and opportunity through the compensation plan.  Earn from product sales, revenue sharing pools, monthly contests, and much more."



**Figure 13**

118.   From March 2024 through July 2024, this webpage contained two hyperlinks to the "Income Disclosure Statement" and an earlier version of the "Amare Compensation Plan" referenced above in Paragraphs 99-106.  There is also a qualifier at the bottom of the page reading, "Generating meaningful income and rewards takes dedication and work.  The typical Brand Partner earns $300.48 yearly.  See the income disclosure statement found at amare.com/ids.  The representation of income does not include expenses."

119.   Amare buttressed the claims referenced in Paragraphs 116-117 by emphasizing the support it provides Amare brand partners in growing their business and generating income.  First, Amare noted the support it provides immediately to the left of the claims described above, including, alternatively, a "Personal Virtual Assistant" or "Business Builder App," both of which purportedly "help build and strengthen authentic relationships."  Second, below and to the left, the company describes an "Onboarding System," for which Amare notes, "If you're completely brand new to social selling or a seasoned veteran, Amare will provide concierge level onboarding to ensure proper set up, training, and ongoing support the moment you become an Amare Partner."  Third, immediately below the claim, Amare describes "Monthly Specials & Promotions" where brand partners "[g]ain access to promotions, generous discount codes, free product

credits, and loyalty reward programs.  These special offers are designed to help grow your business and sales every month."

120.   On this webpage, there were four buttons to join as an Amare brand partner, including immediately below the claims described in Paragraphs 116-119.

121.   █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

122.   Defendants, both directly and through Amare brand partners, have routinely disseminated claims that brand partners will or are likely to earn significant amounts of money.  Below are typical examples of these claims.  The date the claim was posted on social media is noted below; the claims may have been viewable for months or years after they were first posted:

  a.  On or about June 6, 2023, an Amare brand partner posted on Instagram, "POV:  when you get to help mamas with no experience earn 6 figures from their phones in the affiliate marketing space."  She continued, "I get to help mamas make money from home, around being present with their babes."

  b.  On or about June 13, 2023, an Amare brand partner posted on Facebook, "I'd love to show you the way to earn a little extra grocery money or an executive income."

  c.  On or about July 19, 2023, an Amare brand partner posted on Instagram, "POV you both are a year into your wellness business and make more than a general doctor does" while clinking glasses at a pool.  She stated, "[W]hen you know you are destined for greatness, you know you want to help others earn an income online and create generational wealth, you do whatever it takes."

  d.  On or about August 2, 2023, an Amare brand partner posted on Instagram, "when people made fun of me when [I] started that little

business because [I] couldn't afford daycare and here we are 4 babies later, retired my husband and we both get to stay at home raising our babies."



**Figure 14**

e. On or about January 15, 2026, an Amare brand partner posted on Instagram, "I want to thank the woman who 'scammed' me into network marketing 15 years ago.  Because of her [] my husband's home[,] I work in a hoodie[, and] I built a 7-figure business."  In the caption, she elaborates, "I built a 7-figure business using systems without chasing or convincing anyone to join me[.]  And

now I help other women do the same.  Drop 'PLAYBOOK' below. I'll show you the exact systems I used to build a team of 190k. [R]eceipts included."  Five days later, her profile contained a reel titled "Why Amare" and also links to a webpage claiming, "UNLOCK YOUR 4 FIGURE A MONTH INCOME with the Mental Wellness Company" and asks, "Are you ready to build a **4-figure monthly income** from your phone in just **90 days**?" (emphasis in original).

f.  On or about February 6, 2024, an Amare brand partner posted, "I made 1/3 of a million dollars in just 12 months sharing my supplement routine online (and I'm not the only one).  That's it, that's the reel.  If you'd rather spend your time clawing your way to the top instead of being part of a thriving community that is filling a big need in society and getting paid well, be my guest. But if you want a free affiliate link to start this stream of income for your family, drop a 2 in comments." The caption continues, "If you want to open up this MASSIVE stream for your family, it just takes your YES, and your willingness to get uncomfortable.  You can do it too. . . . We linked arms and stepped on a rocket ship that changed our lives, and your seat is waiting."

g.  On or about April 13, 2024, an Amare brand partner posted a story on Instagram wherein she stated she is a "high school drop out making a physician's salary."

h.  On or about May 23, 2024, an Amare brand partner posted on Instagram, "[T]he biggest flex isn't my income, car, vacations, or designer bags. [I]t's getting to be a full time family & my husband never missing a moment. [I]t's my children's savings and

-53-

investments accounts for their future. [I]t's the freedom to choose how we spend our days."

i. On or about June 22, 2024, an Amare brand partner posted on Instagram, "[W]hen I started my business [I] was just[,] 'hey, that's sick if [I] could make $500 a month helping people with their mental wellness and getting 5 friends the product per month.' [L]ittle did [I] know it would turn into a 7 figure and beyond business per year and the lives we would help to change every single day."

j. On or about August 12, 2024, an Amare brand partner posted on Instagram, "Two years ago we were on food stamps.  With 4 under 5, financial stress directly impacted my mental health.  Then, a friend from the internet presented me with an opportunity to transform both.  Today, we make 6 figures, [I'm] off meds after 18 years and [I'm] changing the lives of those seeking support like I was."

**Figure 15**

    k. On or about December 16, 2024, an Amare brand partner posted a picture of herself at Disney World on Instagram, writing, "pay off debt, stay home with your babies, go on vacation, etc. whatever it is, I'll show you how to do it[.]"

    l. On or about March 12, 2025, an Amare brand partner posted on Instagram, "DOES SHE THINK SHE[']S AN INFLUENCER? No.  [S]he[']s just a 42 year old mom who found a way to post 5 second videos and support her entire family from her phone by sharing a probiotic drink that boosts mood and focus and lowers

-55-

stress." In the caption, she writes, "Be cringe with me and build a brand that allows you to earn an income from your phone. I've got the roadmap for you and you get immediate access when you partner with me in the mental wellness company. . . . Comment 'happy' for the roadmap." She concludes, "#happyjuice."

m. On or about May 22, 2025, an Amare brand partner claimed she "[b]ought the home. Paid for our cars in cash. Own my time with my babies all because of this page." She uses the caption "financial freedom for moms" in the post's description.

n. On or about July 14, 2025, an Amare brand partner posted on Instagram, "THE MIDDLE CLASS IS DROWING. . . [sic]." In the caption, she claimed, "Groceries used to be a line item. Now they're a budget breaker. We don't need more Starbucks hacks. We need more income. I'm not selling a fantasy. I'm sharing a real solution that helped us go from scraping by to breathing easier. If you're this far, you know you need this. $2.5k/month isn't chump change. It's groceries, sports, field trips, and the vacation you haven't said yes to in years. We're helping families win again. Want in? Follow me and drop ZOOM in the comments."

o. On or about December 2, 2025, an Amare brand partner claimed, "I stared at our end-of-month report and had to read it twice. [] 41.6% growth. In one month. … When you help people heal from the inside out . . . everything grows. Health grows. Hope grows. Income grows."

p. On or about December 15, 2023, an Amare brand partner posted on Instagram, "Officially headed out on a boat again. So excited to have earned a 7 day cruise through Greece, Croatia, Montenegro, and Italy. And here's the best part: you have the same opportunity

to come along with me.  DM me and let's talk how.  Who is coming with me?"

q. On or about October 13, 2024, an Amare brand partner posted on Instagram, "Take us back to when we were sailing through Europe … all because we said yes to this drink."  In the comments, she states, "Comment below how happy juice has helped you."

r. On or about November 15, 2024, brand partner posted on Facebook, "Panama [check mark] Mexico [check mark] & I just earned a trip for 2 to CABO for next October!"  Therein, she reposted a November 15, 2022, post where she wrote, "Panama Day 1[.]  First time out of the country[.]  Free trip for 2[,] All inclusive[.]  Thank you Amare Global."

s. On or about July 25, 2025, an Amare brand partner claimed to be on a "4 days expenses paid" trip to Disney World.  She continued, "I've met some of my best friends, made a ridiculous amount of money, & been on so many free vacations."

123.   Amare and its brand partners also post about the size and growth of the mental wellness space, reinforcing claims about the likelihood that its brand partners will make money.  For example, in July 2024, Amare claimed this subsector of the global wellness industry is over $180 billion and is projected to grow into the trillions.

-57-



**Figure 16**



**Figure 17**

124.   At the 2025 annual company convention in July 2025, Amare also shared slides in a presentation about the growth of the "GLOBAL WELLNESS ECONOMY," this time predicting it to grow to $7.5 trillion by 2030, with "MENTAL WELLNESS" capturing hundreds of billions of that amount.

125. Talbott made similar claims in 2018, stating the mental health space is valued at over $100 billion.

126. Defendant Chung has affirmed such statements, saying, "In 2025, Amare is on track for $200 million in net sales. Our vision is to grow that to $1 billion within the next five years."

127. As noted above, only a tiny percentage of brand partners make at least $500 in revenues per month ($6,000 per year).

128. Moreover, from January 2021 through April 2024, the average monthly earnings for an Amare Brand Partner were ███.

129. According to Amare's income disclosure statement, which was available on Amare's website at least through April 2026, 86% of people made just $25 per month ($300 per year), before any expenses.

130. As described above, expenses often include the purchase of a product in a month to remain eligible for commissions. For example, in May 2024, Amare listed Happy Juice at $149.95 on a Subscribe & Save plan (which auto-renews) and Kids Mood+ at $45.95 on a Subscribe and Save plan. In July 2025, Kids Happy Juice cost $87.95 on Subscribe & Save.

131. Based on the facts and violations of law alleged in this Complaint, the FTC has reason to believe that Defendants are violating or are about to violate laws enforced by the Commission because, among other things:

    a. Amare and its brand partners continue to disseminate the claims described above, even though the company is aware of an FTC investigation into the company's health and income claims;

    b. Defendants have engaged in their unlawful acts and practices willfully and knowingly, and with knowledge of Talbott's order, which prohibits (1) making health claims without competent and reliable scientific evidence to back them, and (2) misrepresenting the results of studies;

    c. Amare's revenues exceed ▮▮▮▮▮▮ from participating in these unlawful acts and practices, and Defendants Amare, Talbott, Chung, and Hintze continue to profit from the claims' continued occurrence and their direct or indirect ownership of Amare (Chung, Talbott) and status as founding brand partner (Hintze);

    d. Defendants have continued their unlawful acts or practices for years despite knowledge of unsubstantiated claims being made;

    e. Defendants' unlawful acts and practices were the subject of prior law enforcement actions against other companies of which Defendants Amare, Talbott, and Hintze were aware, yet Defendants have continued to engage in such practices; and

    f. Defendants remain in the multi-level marketing and direct selling business and maintain the means, ability, and incentive to resume their unlawful conduct.

## VIOLATIONS OF THE FTC ACT

132. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

133. Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

134. Section 12 of the FTC Act, 15 U.S.C. § 52, prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of food, drugs, devices, services, or cosmetics. For the purposes of Section 12 of the FTC Act, 15 U.S.C. § 52, Happy Juice and its component parts, Kids Mood+, Kids Happy Juice, and the FundaMentals pack and its component parts, are a "food" or "drug" as defined in Section 15(b) and (c) of the FTC Act, 15 U.S.C. § 55(b), (c).

-60-

**Count I- Deceptive Health Claims**

135.   In numerous instances, in connection with the advertising, marketing, promotion, offering for sale, or sale of Happy Juice, MentaBiotics, the FundaMentals Pack, Kids Mood+, and Kids Happy Juice, Defendants represent or have represented, directly or indirectly, expressly or by implication, that:

      a.   Amare's products will lower, reduce, or regulate cortisol;

      b.   Amare's products will raise, increase, or normalize serotonin;

      c.   Amare's products will raise, increase, or normalize dopamine;

      d.   Amare's products will raise, increase, or normalize GABA;

      e.   Amare's products will cure, treat, or mitigate depression, including by reducing the risk of suicide in children;

      f.   Amare's products will cure, treat, or mitigate anxiety; and

      g.   Amare's products will cure, treat or mitigate ADHD.

136.   Defendants' representations as described in Paragraph 135 are false or misleading or were not substantiated at the time the representations were made.

137.   Therefore, Defendants' representations as described in Paragraph 135 constitute a deceptive act or practice and the making of false advertisements in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a), 52.

**Count II- Deceptive Income Claims**

138.   In numerous instances in connection with the advertising, marketing, promotion, offering for sale, or sale of the right to participate, or further participate, as a brand partner, Defendants represent or have represented, directly or indirectly, expressly or by implication, that:

      a.   Amare brand partners will or are likely to earn specific stated dollar amounts of income, earnings, or profit, such as $500 per month; and

      b.   Amare brand partners will or are likely to earn extra, part-time, supplemental, significant, or substantial income.

139. In fact, in numerous instances in which Defendants have made the representations described in Paragraph 138, Amare brand partners are:

    a. Not likely to earn specific stated dollar amounts of income, earnings, or profit, including that Amare brand partners are not likely to earn $500 per month, and

    b. Not likely to earn extra, part-time, supplemental, significant, or substantial income.

140. Therefore, Defendants' representations as described in Paragraph 138 constitute a deceptive act or practice in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## Count III- Means and Instrumentalities

141. By furnishing Amare brand partners with instructional and marketing materials regarding Amare's dietary supplements and its brand partners' earnings potentials, including as described in Paragraphs 10, 34, 50-53, 56, 59-60, 64, 67, 70-72, 75, 81-91, 93, 96-109, 114-121, and 123-126, Defendants have provided the means and instrumentalities for the commission of deceptive acts and practices.

142. Therefore, Defendants' practices, as set forth in Paragraph 141, constitute a deceptive act or practice in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## CONSUMER INJURY

143. Consumers are suffering, have suffered, and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act.  Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers and harm the public interest.

## PRAYER FOR RELIEF

Wherefore, the FTC requests that the Court:

A.    Enter a permanent injunction to prevent future violations of the FTC Act; and

B.    Award additional relief as the Court determines to be just and proper.

Respectfully submitted,

Dated:  June 2, 2026

CHRISTOPHER J. ERICKSON, *phv forthcoming*
ABBEY THORNHILL WALLACE, *phv pending*
KIMBERLY L. NELSON, *pro hac vice pending*
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
(202) 677-8302 (Erickson)
cerickson@ftc.gov
(202) 256-1507 (Wallace)
awallace@ftc.gov
(202) 326-3304 (Nelson)
knelson@ftc.gov

JOHN D. JACOBS
Cal. Bar No. 134154; jjacobs@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4360; Fax: (310) 824-4380

Attorneys for Plaintiff, Federal Trade Commission